UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

STREAMSIDE RV PARK AND GOLF COURSE, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

1:19-cv-8565-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, before this case was transferred to the undersigned, Judge Caproni stayed Defendant's time to respond until after the Initial Pretrial Conference in this case (ECF #5), it is hereby:

ORDERED that the stay of Defendant's time to answer or respond to the complaint imposed by Judge Caproni is lifted. Defendant must respond to the Complaint on or before March 16, 2020.

SO ORDERED

Dated: New York, New York
       February 25, 2020

_____
MARY KAY VYSKOCIL
United States District Judge