```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MATZURA, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

STREAMSIDE RV PARK AND GOLF COURSE, INC.,

                Defendant.

1:19-cv-8565 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of letters from counsel in response to the Court's Order to Show Cause dated May 5, 2020 [ECF #20, 21]. Nothing in the Court's Individual Rules excuses counsel from complying with specific instructions in a Court Order. However, the Court finds that it is not necessary or appropriate to impose sanctions at this time.

**SO ORDERED.**

**Date:  May 5, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**